UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE EX PARTE APPLICATION OF NC DENGEN KAIHATSU KK,

Applicant.

Case No. 18-mc-80208-VKD

**ORDER OF RECUSAL**

Pursuant to 28 U.S.C. § 1782, NC Dengen Kaihatsu KK ("NCD") petitions the Court, on an *ex parte* basis, for an order permitting NCD to serve a subpoena for discovery to be used in litigation pending in Japan. Among other things, NCD seeks discovery of communications between EverStream Energy Capital Management, the intended subpoena target, and BlackRock, Inc. "or its affiliates or employees." Dkt. No. 1-2 (RFP 3). According to NCD, BlackRock, Inc. also holds an interest in EverStream Energy Capital Management. *See* Dkt. No. 1 at 4.

Although BlackRock, Inc. itself was not a client of the undersigned magistrate judge, the undersigned did represent entities affiliated with BlackRock, Inc. while in private practice before she was appointed as a magistrate judge in this district. In these circumstances, the undersigned magistrate judge concludes that the best course is to recuse herself from this matter. Accordingly, this case shall be reassigned to another magistrate judge pursuant to the Assignment Plan.

**IT IS SO ORDERED.**

Dated: December 10, 2018

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge