1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE EX PARTE APPLICATION OF NC
DENGEN KAIHATSU KK,

Case No.  18-mc-80208-DMR

**ORDER TO SUBMIT EVIDENCE IN
SUPPORT OF EX PARTE
APPLICATION**

The court has reviewed Petitioner NC Dengen Kaihatsu KK's ex parte application for an

order seeking permission to issue subpoenas pursuant to 28 U.S.C. § 1782 to obtain discovery for

use in foreign proceedings.  [Docket No. 1.]  Civil Local Rule 7-5 provides that "[f]actual

contentions made in support of . . . any motion must be supported by an affidavit or declaration

and by appropriate references to the record."  Civ. L.R. 7-5(a).  Petitioner did not submit any

evidence supporting the factual contentions in its application.  Therefore, by no later than February

7, 2019, Petitioner shall re-file its application for an order pursuant to 28 U.S.C. § 1782 and

provide supporting evidence in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: January 24, 2019



_____
Donna M. Ryu
United States Magistrate Judge